UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
DEC 2 1 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

CASE NO: 5:05-M-1244

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| LINTON G. COOKE | ) |
| Fayetteville, NC 28314 | ) |

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about 2 December 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINTON G. COOKE, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

### COUNT TWO

THAT, on or about 2 December 2005, on the Fort Bragg, Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINTON G. COOKE, did operate a motor vehicle on a street, highway, or public vehicular area while fleeing or attempting to elude a law enforcement officer who is in lawful performance of

his duties, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141.5(a).

### COUNT THREE

THAT, on or about 2 December 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINTON G. COOKE, did operate or permit to be operated a motor vehicle registered or required to be registered without having financial responsibility, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-313(a).

### COUNT FOUR

THAT, on or about 2 December 2005, on the Fort Bragg Military Reservation , an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, LINTON G. COOKE, did operate a vehicle upon a street, highway, or public vehicular area without due caution and circumspection at a speed or in a manner that could or did endanger other persons or property, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute, 20-140(b).

FRANK D. WHITNEY
UNITED STATES ATTORNEY

BY: _____
SAMANTHA T. SHOELL
Special Assistant United States
  Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222